Certificate Number: 05781-TXE-DE-041675285

Bankruptcy Case Number: 26-43848

05781-TXE-DE-041675285

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2026, at 2:13 o'clock PM PST, Thanh Nguyen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: November 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President